```
_____ FILED    _____ ENTERED
_____ LODGED   _____ RECEIVED
```

JUL 10 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

Chief Magistrate Judge James P. Donohue

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| IN THE MATTER OF THE SEARCH OF: | NO. MJ16-036 |
|---|---|
| US Mail Parcel, bearing confirmation number EL272255694US, et al. | GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANT RELATED MATERIALS AND [~~PROPOSED~~] ORDER |

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and Michael Dion, Assistant United States Attorney for said District, requests entry of an order unsealing the search warrant, application, affidavit in support and accompanying return ("search warrant related materials") filed in the above captioned matter. The Court previously directed that the search warrant related materials be sealed at the government's request. The materials were to remain sealed until further order of the Court.

The law provides that search warrant related materials may remain under seal during the pendency of an investigation. *See United States v. Custer Battlefield Museum*, 658 F.3d 1188, 1192-93 and 1196 (9th Cir. 2011). In addition, the government may seek an order continuing to maintain the materials under seal even after the return of an indictment or the closure of an investigation based on compelling reasons. *Id. at 1195.* Those reasons can include the need to (1) protect the identity and safety of witnesses, (2)

GOVERNMENT'S MOTION TO UNSEAL - 1
USAO#2016R00001/MJ16-036

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

protect the integrity of other investigations, (3) avoid risk of flight, tampering with witnesses, or destruction of evidence, (4) protect a national security concern, (5) protect a matter occurring before the grand jury, (6) protect victims, or (7) protect the safety of the target of the investigation.

Upon review of the files in this matter, and with due consideration of the factors identified above, the government has determined there is no longer a compelling reason to maintain the materials under seal and respectfully requests entry of the attached order.

DATED this 10th day of July, 2017.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*s/Michael Dion*
MICHAEL DION
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Phone: (206) 553-7729
Fax:    (206) 553-4440
E-mail: Michael.Dion@usdoj.gov

GOVERNMENT'S MOTION TO UNSEAL - 2
USAO#2016R00001/MJ16-036

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

Based upon the government's Motion, and the representations made therein, the Government's Motion to Unseal is GRANTED.

IT IS HEREBY ORDERED that the search warrant, application, affidavit in support and accompanying return previously filed under seal in the above-captioned matter shall be UNSEALED.

DATED this 10th day of July, 2017.

_____
JAMES P. DONOHUE
Chief United States Magistrate Judge

GOVERNMENT'S MOTION TO UNSEAL - 3
USAO#2016R00001/MJ16-036

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970